**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

BAMBULAB USA, INC., et al.

-vs-

STRATASYS, INC.

Case No.:  1:24-cv-01511-DII

**MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now   Brandon S. Avers                          , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent   **Plaintiffs BambuLab USA, Inc. et al.**   in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

**Fish & Richardson P.C.**                          ,

with offices at

Mailing address:    **1717 Main Street, Suite 5000**

City, State, Zip Code:    **Dallas, TX 75201**

Telephone:    **(214) 747-5070**

Facsimile:    **(214) 747-2091**

Email:    **avers@fr.com**

2.  Since _____10/07/2024_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____Texas_____.

Applicant's bar license number is _____24135660_____.

3.  Applicant has been admitted to practice before the following courts:

Court:                                                    Admission date:

**USDC - Eastern District of Texas** ✚          **11/12/2024** ✚

_____          _____

_____          _____

_____          _____

4.  Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**None**

_____

5.  Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**None**

_____

6.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**None**

_____

- 2 -

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

☐  Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑  Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  **Michael A. Vincent**

Mailing address:  **1717 Main Street, Suite 5000**

City, State, Zip Code:  **Dallas, TX 75201**

Telephone:  **(214) 747-5070**

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.  Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Brandon S. Avers _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

Brandon S. Avers _____
[printed name of Applicant]

_____
[signature of Applicant]


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **18th** day of _____**December**_____, _____**2024**_____.

Brandon S. Avers _____
[printed name of Applicant]

_____
[signature of Applicant]

- 4 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

BAMBULAB USA, INC., et al.

-vs-                                                  **Case No.**  1:24-cv-01511-DII

STRATASYS, INC.

## O R D E R

BE IT REMEMBERED on  this  the _____ day of _____, 20____,  there

was  presented  to  the  Court  the  Motion  for  Admission  *Pro  Hac  Vice*  filed  by

Brandon S. Avers _____ ("Applicant"), counsel for Plaintiffs BambuLab USA,  and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of Plaintiffs BambuLab USA, Inc.  in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in  compliance  with  Local  Court  Rule  AT-1(f)(2),  immediately  tender  the  amount  of  $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

eset all field    Print Form