UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BambuLab USA, Inc., et al | § | |
| vs. | § | |
| | § | NO:  AU:24-CV-01511-RP |
| Stratasys, Inc. | § | |
| | § | |

O R D ER

**BE IT REMEMBERED** on  this  the  22nd day of January, 2025, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Menglin Sun, counsel for  BambuLab USA, Inc., Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and  Tuozhu Technology Limited and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Menglin Sun may appear on behalf of BambuLab USA, Inc., Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 22nd day of January, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE