IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BAMBULAB USA, INC.,<br>SHENZHEN TUOZHU TECHNOLOGY CO., LTD.,<br>SHANGHAI LUNKUO TECHNOLOGY CO., LTD.,<br>BAMBULAB LIMITED, AND<br>TUOZHU TECHNOLOGY LIMITED,<br><br>                Plaintiffs,<br><br>                v.<br><br>STRATASYS, INC.,<br><br>                Defendant. | Civil Action No. 1:24-cv-01511-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiffs BambuLab USA, Inc., Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited and Defendant Stratasys, Inc., hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiffs' Complaint was filed on December 9, 2024. Plaintiffs requested declaratory judgment of non-infringement of 10 patents. Defendant waived service, then responded to the Complaint without further extension.

1

## RESPONSE TO THE COMPLAINT

Defendant responded to the Complaint by moving to transfer to the Eastern District of Texas under the first-to-file rule or 28 U.S.C. 1406(a) (Dkt. 17) and Answering with Counterclaims of infringement of all patents (Dkt. 23).

Plaintiffs answered Defendant's Counterclaims and filed Counterclaims in Reply seeking declaratory judgment of invalidity on all patents.

## PENDING MOTIONS

Defendant moved to transfer to the Eastern District of Texas pursuant to the First-to-File Rule or, in the alternative, pursuant to 28 U.S.C. § 1406(a). (Dkt. 17.) The motion is fully briefed.

## RELATED CASES IN THIS JUDICIAL DISTRICT

None.

## IPR, CBM, AND OTHER PGR FILINGS

IPR2025-00257 was filed on December 9, 2024 and docketed on December 18, 2024. An institution decision is expected on or before June 18, 2025. A Final Written Decision is expected on or before June 18, 2026.

IPR2025-00321 was filed on December 17, 2024 and docketed on December 23, 2024. An institution decision is expected on or before June 23, 2025. A Final Written Decision is expected on or before June 23, 2026.

IPR2025-00311 was filed on December 18, 2024 and docketed on December 20, 2024. An institution decision is expected on or before June 20, 2025. A Final Written Decision is expected on or before June 20, 2026.

IPR2025-00354 was filed on December 23, 2024 and docketed on January 14, 2025. An institution decision is expected on or before July 14, 2025. A Final Written Decision is expected on or before July 14, 2026.

IPR2025-00531 was filed on February 5, 2025. It has not yet been docketed.

IPR2025-00532 was filed on February 5, 2025. It has not yet been docketed.

IPR2025-00438 was filed on February 6, 2025. It has not yet been docketed.

IPR2025-00585 was filed on February 6, 2025. It has not yet been docketed.

IPR2025-00611 was filed on February 14, 2025. It has not yet been docketed.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiffs seek declaratory judgments of non-infringement and invalidity of 10 patents. The asserted patents are U.S. Pat. Nos. 9,168,698; 10,556,381; 10,569,466; 11,167,464; 8,562,324; 8,747,097; 9,421,713; 7,555,357; 9,592,660; and 11,886,774.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiffs and Defendant met and conferred. Given the unique nature of the facts present in this case and the first-filed action in the Eastern District of Texas, Defendants request that the Court decide the pending motion (Dkt. 17). In the event the Court grants the motion, it will save the parties considerable resources by not litigating duplicative lawsuits in two separate courts. Plaintiffs note that in the aforementioned Eastern District of Texas action, the motion to dismiss for failure to join an indispensable party filed by Defendants in that action remains pending as of the time of submission of this joint status report.

Dated: April 9, 2025                              Respectfully submitted,

                                                  */s/ David M. Barkan*
                                                  Gregory P. Love (TX 24013060)
                                                  greg@stecklerlaw.com

|  |  |
|---|---|
|  | STECKLER WAYNE & LOVE<br>107 E Main Street<br>Henderson, TX 75652<br>Tel: (903) 212-4444<br><br>Carl E. Bruce (TX 24036278)<br>bruce@fr.com<br>Thomas H. Reger, II (TX 24032992)<br>reger@fr.com<br>Aaron P. Pirouznia (TX 24098958)<br>pirouznia@fr.com<br>Michael A. Vincent (TX 24105738)<br>vincent@fr.com<br>Brandon S. Avers (TX 24135660)<br>avers@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070 \| Fax: (214) 747-2091<br><br>David M. Barkan (CA 160825)<br>barkan@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Tel: (650) 839-5070 \| Fax: (650) 839-5071<br><br>Attorneys for Plaintiffs<br>BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LIMITED, AND TUOZHU TECHNOLOGY LIMITED |
| Dated: April 9, 2025 | Respectfully submitted,<br><br>*/s/ Kevin J. Meek*<br>Kevin J. Meek (TX 13899600)<br>kmeek@mwe.com<br>Brian Oaks (TX 24007767)<br>boaks@mwe.com<br>Syed K. Fareed (TX 24065216)<br>sfareed@mwe.com<br>Aashish Kapadia (TX 24097917)<br>akapadia@mwe.com |

4

        Christian Tatum (TX 24125429) (*pro hac vice*)
        ctatum@mwe.com
        **MCDERMOTT WILL & EMERY LLP**
        300 Colorado Street, Suite 2200
        Austin, Texas 78701-4078
        Tel: (512) 726-2600 | Fax: (512) 532-0002

        Deron R. Dacus (TX 00790553)
        ddacus@dacusfirm.com
        **THE DACUS FIRM, P.C.**
        821 ESE Loop 323, Suite 430
        Tyler, Texas 75701
        Tel: (903) 705-1117 | Fax: (903) 705-1117

        Andrea L. Fair (TX 24078488)
        andrea@millerfairhenry.com
        **MILLER FAIR HENRY, PLLC**
        1507 Bill Owens Parkway
        Longview, Texas 75604
        Tel: (903) 757-6400 | Fax: (903) 757-2323

        Attorneys for Defendant
        STRATASYS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 9, 2025 with a copy of this document via the Court's ECF system.

        */s/ David M. Barkan*
        David M. Barkan