IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| *BambuLab USA Inc., et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 2:25-cv-00465-JRG |
| *Stratasys Inc.*, | § § § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that, effective immediately, the firm McDermott Will & Emery LLP changed its name to McDermott Will & Schulte LLP. All future reference to the firm in this matter should be to McDermott Will & Schulte LLP. The firm and its lawyers' addresses, phone numbers, fax numbers, and email addresses have not been affected by this name change.

Dated: August 1, 2025

Respectfully submitted,

By: /s/ Kevin J. Meek

Kevin J. Meek
Texas Bar No. 13899600
Brian Oaks
Texas Bar No. 24007767
Syed K. Fareed
Texas Bar No. 24065216
Aashish Kapadia
Texas Bar No. 24097917
**MCDERMOTT WILL & SCHULTE LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2600
Facsimile: (512) 532-0002

        kmeek@mwe.com
        boaks@mwe.com
        sfareed@mwe.com
        akapadia@mwe.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

Andrea L. Fair
Texas Bar No. 24078488
Claire A. Henry
Texas Bar No. 24053063
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com
claire@millerfairhenry.com

***ATTORNEYS FOR DEFENDANT STRATASYS, INC.***

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 1st day of August, 2025.

                                  /s/ Kevin J. Meek
                                  Kevin J. Meek